# NOTICE OF CHANGE OF ADDRESS

Case No: <u>WR-82, 613-01 & WR-82,613-02</u>

Court of Criminal Appeals

P.O. Box 12308  Austin, Texas 78711


I, <u>**James L. Kelley TDCJ# 1894193**</u> hereby gives notice to the clerk of court within the above mention cases are open &/or pending of the following change of prison confinement location.

From August 15, 2014 until December 29, 2014, I was **temporary released** to the city of Kansas City, KS Wyandotte County Jail.

I'm currently back in Texas and currently housed in the TDCJ

Byrd Unit
21 FM 247
Huntsville, TX 777320

Effective December 30, 2014.

RECEIVED IN
COURT OF CRIMINAL APPEALS

JAN 0 5 2015

Abel Acosta, Clerk

# TEXAS COURT OF CRIMINAL APPEALS

## Case # WR-82, 613-01 & WR-82,613-02

## PETITION

## FACTS

1. Mr. James Kelley **did not** waive court reporter at sentencing – Documented State records confirm above FACT as follows:
   - ➤ Both plea agreements – F09-72634 / F09-59178
   - ➤ State Opinion - 2013 Tex. App. Lexis 985*3
   - ➤ Court of Appeals- 05.11.00842CR & 05.11.00843CR

   ### Violates the VI & XIV Constitutional Amendments

2. NO COUNSEL at sentencing & **NO COUNSELS SIGNATURE FOR CASE # F09-72634** on Plea Agreement or Right to Appeal
   a. Fraudulent court records    www.dallascounty.org

3. **CERTIFICATE OF THUMBPRINT FRADULENT FOR CASE# F09-72634** (COPIED FROM CASE # F09-59178) proves sentencing.
   a. Identity Theft by courts    www.dallascounty.org

   ### Violation of Federal Crime Act 1958 Section 83A
   ### By the 282nd District Court of Dallas

## JUSTICE AND ASSISTANCE NEEDED

The 3 facts above sums up the complaint in the writ in a nutshell, take a look online at documents submitted & signed by the court. **(Proof is in the documents)** If the tables were turn & the petitioner submitted fraudulent documents to the courts then the petitioner would be punished but when the courts submitted fraudulent documents its swept under the rug so the speak. No court reporter, **(every court proceeding/sentencing should have a court reporter)** so it's hearsay but the documents speak for themselves, Petitioner has served his time for crime he's guilty of. This violation of his constitutional amendments, not only have cause harm to the petitioner but also his family. Justice **(the truth)** needs to come to light.

www.dallascounty.org
Habeas Corpus 11.07    28 U.S.C. § 2254
Case # F09-59178 / F09-72634    or    W09-59178A / W09-72634A
U.S. District Courts Northern District of Texas (Dallas) –
Civil Case #: 3:14-cv-02984-D-BH